**FILED**
CLERK, U.S. DISTRICT COURT

09/08/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>FRANCISCO AYALA JR.,<br>AARON DANTZLER,<br>  aka "Dank," and<br>JUAN DANIEL RODRIQUEZ,<br>  aka "Juan Daniel Rodriguez,"<br><br>      Defendants. | CR 2:20-cr-00399-GW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.  OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing through on or about September 17, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants FRANCISCO AYALA JR., AARON DANTZLER, also known as "Dank," and JUAN DANIEL RODRIQUEZ, also known as "Juan Daniel Rodriguez," conspired

with others known and unknown to the Grand Jury to knowingly and intentionally distribute, and possess with intent to distribute, at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

B.  MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.  Defendant DANTZLER would arrange fentanyl sales with customers.

2.  Defendants AYALA and RODRIQUEZ would deliver the fentanyl to customers.

3.  Defendants AYALA and DANTZLER would accept payment for the fentanyl from customers.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants AYALA, DANTZLER, and RODRIQUEZ, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   From on or about August 28, 2019, through on or about September 11, 2019, defendant DANTZLER discussed sales of fentanyl, including the timing and pricing, to a person defendant DANTZLER believed to be a drug customer, but who was, in fact, a

confidential source working with the Drug Enforcement Administration (the "Confidential Source").

<u>Overt Act No. 2</u>:   From on or about August 28, 2019, through on or about September 17, 2019, in electronic communications using coded language, defendant DANTZLER arranged to sell a half kilogram of fentanyl to the Confidential Source for $20,000.

<u>Overt Act No. 3</u>:   On or about September 17, 2019, at a parking lot in Los Angeles, California, defendant DANTZLER met with the Confidential Source and an individual who defendant DANTZLER believed was an associate of the Confidential Source, but who was, in fact, an undercover agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives (the "Undercover Agent").

<u>Overt Act No. 4</u>:   On or about September 17, 2019, defendant DANTZLER directed the Confidential Source and the Undercover Agent to follow him to another area in the same parking lot to meet defendant AYALA for the sale of fentanyl.

<u>Overt Act No. 5</u>:   On or about September 17, 2019, defendant AYALA accepted $5,000 from the Confidential Source and $10,000 from the Undercover Agent for the sale of fentanyl.

<u>Overt Act No. 6</u>:   On or about September 17, 2019, defendant AYALA signaled to defendant RODRIQUEZ, who was waiting in another vehicle nearby, and instructed defendant RODRIQUEZ to give a package of fentanyl to the Undercover Agent.

<u>Overt Act No. 7</u>:   On or about September 17, 2019, defendant RODRIQUEZ handed the Undercover Agent a plastic bag that contained various car parts and approximately 521.1 grams of a mixture and substance containing fentanyl.

Overt Act No. 8:   On or about September 17, 2019, after selling fentanyl to the Confidential Source and the Undercover Agent, defendants AYALA, DANTZLER, and RODRIQUEZ drove to and met at an auto body shop in South Gate, California.

Overt Act No. 9:   On or about September 17, 2019, defendant DANTZLER told the Confidential Source that an additional $5,000 was owed for the fentanyl.

Overt Act No. 10:   On or about September 17, 2019, defendant DANTZLER met with the Confidential Source and Undercover Agent and accepted the remaining $5,000 owed for the fentanyl.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about September 17, 2019, in Los Angeles County, within the Central District of California, defendants FRANCISCO AYALA JR., AARON DANTZLER, also known as "Dank," and JUAN DANIEL RODRIQUEZ, also known as "Juan Daniel Rodriguez," each aiding and abetting the other, knowingly and intentionally distributed at least 400 grams, that is, approximately 521.1 grams, of a mixture and substance containing a

///
///
///

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

                                        A TRUE BILL

                                         /S/
                                        ─────────────
                                        Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General Crimes Section

LUCY B. JENNINGS
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section